☒ FILED  ☐ LODGED

**JAN 20 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**Name and Prisoner/Booking Number:** Crispin Granados ADC#280949
**Place of Confinement:** AZPC Eyman — SMU-1
**Mailing Address:** P.O. Box 4000
**City, State, Zip Code:** Florence AZ 85132

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Crispin Granados,
(Full Name of Plaintiff)

　　　　　Plaintiff,

v.

(1) State of Arizona, Sgt. Mr. Castillo,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

　　　　　Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-143-PHX-SPL (MHB)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: _____

## B. DEFENDANTS

1. Name of first Defendant: MR. CASTILLO. The first Defendant is employed
as: SARGEANT                              at _____.
   (Position and Title)                       (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
as: _____ at _____.
   (Position and Title)                       (Institution)

3. Name of third Defendant: _____. The third Defendant is employed
as: _____ at _____.
   (Position and Title)                       (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____.
   (Position and Title)                       (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? MANY. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>The CO. Sgt Mr. Castillo He assaulted me commiting the Violation for the charge (excessive force By a officer), against of the Plaintiff</u>

2. **Count I.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. <u>the Plaintiff Granados Declare Briefly the act's Described's occurried's on date December, 18, 2022. APPROXIMATELY AT 13:15 P.M. Hour's act's occurried's in the location cell # 3-D-45 where the PLAINTIFF CRISPIN GRANADOS. He was ASSAULTED By the Sgt mr. Castillo He actued commited many violation's about my civil Rights of The Federal law constitutional Describe, iwhy are my Federal civil Rights, But the Fact many of my Federal civil Right's are violated's By an correction. Officer. Sgt supervisor mr Castillo.</u>

<u>And I PLAINTIFF CRISPIN GRANADOS Indued, Steink, Doc. with the TITLE: ARIZONA DEPARTMENT OF CORRECTIONS WHAT ARE two INMATE letter I explain I was assaulted By CO. Sgt. MR. CASTILLO CAUSING INJURY'S and my self, For this reason I send these Document to review to proceed with my CIVIL RIGHTS COMPLAINT BY A PRISONER</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

CRISPIN GRANADOS V. STATE OF ARIZONA ET, AL.
DEFENDANT (1) SGT MR CASTILLO

# EXHIBIT 1

DOCUMENT IN EVIDENCE

TWO FORM'S:
INMATE INFORMAL COMPLAINT RESOLUTION
AND
INMATE LETTER

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE INFORMAL COMPLAINT RESOLUTION
AND
INMATE LETTER

INCIDENT ASSAULT
TIME 13:15 P.M.

| NAME | ADC NUMBER | INSTITUTION/UNIT | DATE |
|---|---|---|---|
| GRANADOS CRISPIN | 280949 | eyman/SMU-1 | DEC/18/2022 |

| TO: CO IV GRIEVANCE COORDINATOR | LOCATION DESK OF THE C.O. IV GRIEVANCE COORDINATOR |
|---|---|

RESPECTABLE OFFICIAL CO IV, the PRISONER GRANADOS FILED THIS FORM 802-11, BECAUSE THE C.O. III MADE DENIED TO PROVIDE TO ME ANY FORM OF THE PROCEDURES 802 ADMINISTRATIVE PROCESS, AND I PROCEED WITH THE CHARGE'S FOR: (EXCESSIVE FORCE BY AN OFFICER AND AGGRAVANTE ASSAULT) BY SARGEANT CORRECTION. OFFICER. MR CASTILLO, AND CAUSING INJURY'S IN MY HAND, AND ARM, AND SHOULDER, OF MY RIGHT SIDE, AND PROVIDING BAD'S TREATMENT'S WHAT ARE NOT HUMAN'S, AND THESE SGT MR. CASTILLO FORCED ME WITH TECNICAL'S PHYSICAL'S NOT APPROPRIATED AND ABUSED OF MY PHYSICAL DISABILITIES, BECAUSE I AM DISABLED PERSON WITH PARALYZ, AND I CLARIFY THIS IS NOT THE FIRST TIME THESE Sgt C.O. MR. CASTILLO HE ASSAULTED ME VERBALLY WITH THREATS ACUSING ME OF FALSE CHARGES, AND HE ASSAULTED ME AND CAUSED SERIOUS INJURY'S BEFORE, FOR THIS REASON NEITHER COMPLAINT WAS PROCESSED AGAINST OF THESE SGT. CO. MR CASTILLO, SO THE NEXT PROCESS I MADE REQUEST TO YOU RESPETABLE OFFICIAL C.O. IV PLEASE PROCEED WITH PROCESS ADMINISTRATIVE ORDER TO MADE REQUEST TO CORRECTION. INVESTIGATIONS. UNIT. [C.I.U.] to PROCEED WITH CRIMINAL INVESTIGATION FOR (EXCESSIVE FORCED BY Sgt C.O. MR CASTILLO) FOR PHYSICAL ASSAULT, FOR ABUSED OF THE VICTIM PRISONER GRANADOS, AND CAUSING SERIOUS INJURY'S, I APPRECIATE TO PROCEED WITH THE PROCEDURES 802., AND I WAIT FOR YOU RESPOND THE MORE AS SOON POSSIBLE, THANK YOU AND YOU HAVE A GOOD DAY.
THESE ACTS WAS OCCURRIED'S INSIDE OF THE CELL H-3-D-45 AT 13:15 P.M. ON DATE DECEMBER, 18, 2022. WHEN THE Sgt MR CASTILLO

| INMATE | DATE |
|---|---|
| GRANADOS CRISPIN | DEC/18/2022 |

PAGE 1/2

802-11

ARIZONA DEPARTMENT OF CORRECTIONS
INMATE INFORMAL COMPLAINT RESOLUTION
AND INMATE LETTER

INCIDENT ASSAULT
TIME 13:15 P.M.

| NAME | ADC NUMBER | INSTITUTION/UNIT | DEC/18/2022 |
|---|---|---|---|
| GRANADOS CRISPIN | 280944 | eyman/smu-1 | |

TO: C.O. IV GRIEVANCE COORDINATOR     LOCATION: DESK OF THE C.O. IV

HE IS CAME TO THE FRONT CELL #3-D-45 AND HE STARTING ASSAULTING ME VERBALLY WITH VULGAR AGGRESSIVE WORD'S OF DEATH AND ALSO HE TRYING TO FORCE ME TO STAND UP AND WALK INSIDE OF THE CELL #3 D 45 WITH THREATS, AND THE PROBLEM IS I AM DISABLED PERSON WITH PARALYZ, I CANNOT STAND UP I CANNOT WALK, SO NEXT OF HIS THREATS THE C.O. Sgt MR. CASTILLO HE PROCED OPENING THE DOOR OF THE CELL #3-D-45 HE CAME TO INSIDE OF THE DOOR TO INSIDE OF THE CELL HE ASSAULTING PHYSICALLY HITTING ME WHERE I'M SEATED ON THE FLOOR WITH NOT REASON'S HE DID (HAND COP'S) FORCE ME WITH THE HAND'S IN THE BACK BOTH HAND'S ON (HAND COP'S) AND CAUSING INJURY IN MY RIGHT HAND LOWER ARM AND UPPER ARM AND MY SHOULDER AND NEXT IS CAME AN C.O. AND THEY PICK UP FROM THE FLOOR AND SEATING IN A "FORCE SECURITY CHAIR" PUTING THE Security Belt's AND NEXT TOOKING ME OUTSIDE OF THE POD LOCATION POD-G 3-D-45 TO THE HALLWAY FOR Approximantely 2 MINUTES AND next TOOKING ME CAME BACK OF THE CELL # 3-D-45 AND LEFT ME PUTING ON THE FLOOR ACCUSING ME AND THREATE AGAIN ONCE A MORE TIME OF DEATH AND FINALLY HE TAKE THE (HAND COP'S) OFF REMOVING OF MY HAND'S AND NEXT THE C.O. Sgt. MR CASTILLO HE IS GOING TO OUT SIDE OF THE CELL #3-D-45 next HE CLOSE THE DOOR OF THIS CELL SAYING: "GRANADOS THE next time I CAME AND YOU DO NOT STAND UP I KILL YOU mother fucker BITCH" AND THE C.O. Sgt mr CASTILLO He Left of the front of the cell AND OF THIS LOCATION. AND LATER ON I MADE REQUEST FOR MEDICAL CARE, BUT THE STAFF OF NURSE MEDICAL STAFF THEY MADE DENIED TO PROVIDE MEDICAL CARE.

| INMATE | DATE |
|---|---|
| GRANADOS CRISPIN | Dec/18/2022 |

OFFICIAL C.O. IV, please, Interferer Immediatly, AND PUT A STOP ABOUT THIS SITUATION, FOR "ABUSES OF AUTHORITY, FOR VERBAL ASSAULT, VERBAL HARRASSMENT, THREATS OF DEATH, FOR CAUSE INJURYS', AND THE CHARGE DESCRIBED FOR 3 CIVIL FEDERAL VIOLATION'S 1.) EXCESSIVE FORCE By an OFFICER, 2.) THREAT TO SAFETY. 3.) MEDICAL CARE. So respetable Official C.O. IV I WAIT FOR YOUR RESPOND the more as SOON Possible, THANK YOU FOR YOUR ATTENTION

## COUNT II

1. State the constitutional or other federal civil right that was violated: By Correction Officer, Sgt Mr. Castillo commiting the charge for cause Injury's, and Denied (Medical care assistance)

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The C.O. Sgt Mr Castillo after he assaulted me, and caused many Injury's I Crispin GRANADOS of emergency I call for medical assistance and the C.O. Sgt Mr Castillo he did Denied to provide assistance informing to the medical staff Not Provide medical assistance after the C.O. Sgt Mr Castillo he assaulted me commited the charge for assaulted me Principally Phisically making (excessive Force By an officer) and causing me Injury's in my self in many areas of my body and I clarify there Fact is for Denied, and Denying medical care the medical staff of this A.S.P.C. eyman / smv-1 Florence AZ 85132

   AND IN THESE COUNT II INCLUED, EXHIBIT, MEDICAL EVIDENCE A FORM HEALTH NEED REQUEST (H-N-R).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   About this incident occurried the Sgt Mr. Castillo Supervisor of the Security staff of this ASPC eyman / smv-1 He cause serious Injury's in my ARM's, and Shoulder Right side of my Body, and waist of my Back.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

CRISPIN GRANADOS V. STATE OF ARIZONA eT, AL.
DEFENDANT  (1)  SGT. MR. CASTILLO

# EXHIBIT A

DOCUMENT IN EVIDENCE

(HNR)  WITH DATE   12/18/22

ADC

DATE 12/28/22

TIME 0053

HEALTH NEED REQUEST

INITIAL (initials)

GRANADOS CRISPIN / 280949 / DEC, 25, 2022

LOCATION 3-D-45 / P.O. BOX 4000 / UNIT SMU-1 / A.S.P.C. EYMAN

[X] MEDICAL - MÉDICO

DESCRIVED EN BREVE PROBLEMA MEDICO:
PACIENTE SR. GRANADOS PRESENTA ESTA FORMA (HNR) PARA QUE SE PROGRAME UNA CITA MEDICA CON EL MEDICO, DOCTOR, PROFESIONAL EN MEDICINA Y LO ATIENDA MEDICAMENTE, POR LA RAZON CONTINUA TENIENDO PROBLEMAS CON SU HOMBRO Y COSTADO DERECHO DE FRENTE, LATERAL, ESPALDA, Y CUELLO, CON DOLOR CONTINUO PERSISTENTE Y ESTE PROBLEMA FUE HA CONSEQUENCIAS POR TACTICAS NO APROPIADAS POR EXCESSIVE USO DE FUERZA POR PARTE DEL SGT. CORRECTION. OFFICER. MR. CASTILLO SARGENTO DEL PERSONAL DE SEGURIDAD DE LA PRISION HECHOS OCURRIDOS DICIEMBRE/18/2022. DENTRO DE LA CELDA 3-D-45 CUANDO ME SACO A LA FUERZA SUPUESTAMENTE PARA PONERME LA VACUNA DEL EXAMEN DE TUBERCULOSIS, Y A CAUZA DEL USO DE FUERZA NO APROPIADA ME CAUZO LESION EN MI LADO DEL HOMBRO DERECHO, ESPERO PRONTO RECIVIR ATENCION MEDICA, GRACIAS POR SU ATENCION Y TENGA UN BUEN DIA, RESPETABLE ASISTENTE DE ENFERMERIA

REFERRAL BY MEDICAL STAFF

_J. Sekenska RN_  12/28/22  0053
STAFF SIGNATURE STAMP    DATE    TIME

PLAN OF ACTION

NL

_J. Sekenska RN_  12/28/22  0053
STAFF SIGNATURE STAMP    DATE    TIME

## COUNT III

1. State the constitutional or other federal civil right that was violated: By C.O. Sgt mr Castillo He Threated Verbally of Death.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The Plaintiff Granados Describe Briefly the act's Occurred's the C.O. Sgt mr Castillo he assaulted me Physically and He commited the First charge violation for "excessive Force By an Officer" causing Injury's in my self Physically, But During the act's of the assault he Threaten me Verbally of Death SAYING CALLING MY NAME WITH BAD WORD'S, VULGAR OFFENSSIVE, AGGRESSIVE WORD'S He SAYING: GRANADOS Motherfucker San Bitch Do you Dont stand up and walk and Do you Don't want Fight with me I open your fucken cell, and I Kill you OR you want an Inmate try to kill you. and repeating for many times During the assault on the Date December, 18, 2022, At Time 13:15 P.M. Hours And these violation is Describe (THREAT TO SAFETY)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   THE PLAINTIFF CRISPIN GRANADOS He suffering A) PHYSICAL INJURY'S   B) Trauma Verbal emotional Verbal Harrassment

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking: The Justice Court Proceed with Impartial in support of the Law and Justice, and this US District Court made Justice, and the state of Arizona Paid monetary compesation for the Damages, and Loss Wawages, and cover all suffering, Injury Damages was compensated economiclly with Just compesation Shall be Pay For all Fact's Damages in General in These complaint Law suit civil Rights complaint By a prisoner according to Federal Law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on DECEMBER/29/2022
            DATE                                          SIGNATURE OF PLAINTIFF

this form was prepared with assistance of other Prisoner

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)


_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6