# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crispin Granados,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | **NO. CV-23-00143-PHX-SPL (ASB)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 22, 2023, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 22, 2023

By  s/ Wendy Poth
    Deputy Clerk